# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-40627

United States Court of Appeals
Fifth Circuit

**FILED**

December 11, 2014

Lyle W. Cayce
Clerk

VERNON KING, JR.,

Plaintiff-Appellant

v.

UNKNOWN PARTIES,

Defendant-Appellee

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:14-CV-108

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM:[*]

Vernon King, Jr., Texas prisoner # 590316, moves this court for authorization to proceed in forma pauperis (IFP) following the district court's dismissal of his 42 U.S.C. § 1983 complaint. Under 28 U.S.C. § 1915(g), a prisoner may not proceed IFP in a civil action or in an appeal of a judgment in a civil action if the prisoner has, on three or more prior occasions, while incarcerated, brought an action or appeal that was dismissed as frivolous or for failure to state a claim, unless the prisoner is under imminent danger of

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-40627

serious physical injury. *Banos v. O'Guin*, 144 F.3d 883, 885 (5th Cir. 1998). King has failed to show that he should be allowed to proceed IFP on appeal under § 1915(g) or that his appeal of the district court's judgment presents a nonfrivolous issue. *See Carson v. Polley*, 689 F.2d 562, 586 (5th Cir. 1982). King's motion for leave to proceed IFP is denied.

The facts surrounding the IFP decision are inextricably intertwined with the merits of the appeal. *See, e.g., Baugh v. Taylor*, 117 F.3d 197, 202 (5th Cir. 1997). The appeal of the judgment of the district court presents no nonfrivolous issues, and the appeal is dismissed as frivolous. 5th CIR. R. 42.2.

IFP DENIED; APPEAL DISMISSED.